# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

————————

No. 10-1780

————————

Allen Huenefeld,                      *
                                      *
            Appellant,                *   Appeal from the United States
                                      *   District Court for the Northern
      v.                              *   District of Iowa.
                                      *
Michael Carr; Bill Elam,              *   [UNPUBLISHED]
                                      *
            Appellees.                *

————————

Submitted: September 20, 2010
Filed: October 5, 2010

————————

Before BYE, BOWMAN, and COLLOTON, Circuit Judges.

————————

PER CURIAM.


      Iowa inmate Allen Huenefeld appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Having conducted careful de novo review of the record, see Mack v. Dillon, 594 F.3d 620, 622 (8th Cir. 2010) (per curiam) (standard of review), we agree with the district court that summary judgment was warranted. Further, Huenefeld did not make the required showing below that summary judgment was premature; and his complaints on appeal regarding the

---

[1]The Honorable Mark W. Bennett, United States District Judge for the Northern District of Iowa.

effectiveness of his appointed counsel are not a basis for reversal, <u>see</u> <u>Taylor v. Dickel</u>, 293 F.3d 427, 431 (8th Cir. 2002).  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____